IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

DANIEL JOSEPH RADCLIFF,

          Plaintiff,

v.                                               CIVIL ACTION NO. 2:19-0399

ANDREW SAUL, Commissioner
of the Social Security Administration,

          Defendant.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court grant the Claimant's request for remand (ECF No. 16), deny the Defendant's request to affirm the decision below (ECF No. 17), reverse the final decision of the Commissioner, and remand this matter back to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings in order to allow the adjudicator to determine the appropriate residual functional capacity assessment for this Claimant. Neither party has filed objections to the Magistrate Judge's findings and recommendation.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **GRANTS** the Claimant's request for remand (ECF No. 16), **DENIES** the Defendant's request to affirm the decision below (ECF No. 17), **REVERSES** the final decision of the Commissioner, and **REMANDS** this matter back to the Commissioner pursuant to the fourth

sentence of 42 U.S.C. § 405(g) for further administrative proceedings in order to allow the adjudicator to determine the appropriate residual functional capacity assessment for this Claimant.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

        ENTER:       December 18, 2019

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE